**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: RAHUL MANCHANDA | : | 1:16-cv-02422(JPO) |
| | : | |
| | : | **MOTION FOR ADMISSION** |
| | : | **PRO HAC VICE** |
| | : | |
| _____ | : | |

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Robert J. Deichert, hereby move this Court for an Order of admission to practice Pro Hac Vice to appear as counsel for Connecticut Superior Court Judge Jane Emons in the above-captioned action.

     As indicated by the attached certificate, I am in good standing of the bar of the State of Connecticut and there are no pending disciplinary proceedings against me in any state or federal court.  In accordance with the Local Rules, a Proposed Order granting this Motion is attached.

Dated: June 6, 2016

                                                      Respectfully Submitted,

                                                      /s/ *Robert J. Deichert*_____
                                                      Applicant Signature

                                                      Applicant's Name: Robert J. Deichert
                                                      Firm Name: Connecticut Attorney General's Office
                                                      Address: 55 Elm Street, PO Box 120
                                                                Hartford, CT 06141-0120

                                                      Telephone/Fax: Ph. 860-808-5020
                                                                      Fax. 860-808-5347

                                                      Email: Robert.Deichert@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. I further certify that a copy of the foregoing has been served by first class mail, postage prepaid, to the following:

Rahul Dev Manchanda
Manchanda Law Offices
80 Wall Street
Suite 705
New York, NY 10005
(212)-618-1830
Fax: (212)-618-1831
Email: rdm@manchanda-law.com

                By: */s/ Robert J. Deichert*
                    Robert J. Deichert
                    Assistant Attorney General